ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Ultra Custom Cleaners | ) ASBCA No. 62737 |
| | ) |
| Under Contract No. N00250-18-C-0201 | ) |

APPEARANCE FOR THE APPELLANT:      Ms. Zahra Kohl
                                                                      President

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                                                      Navy Chief Trial Attorney
                                                                   Adam J. Bester, Esq.
                                                                      Trial Attorney
                                                                      Virginia Beach, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 22, 2021

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62737, Appeal of Ultra Custom Cleaners, rendered in conformance with the Board's Charter.

Dated:  March 23, 2021

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals